No. 2337. MELÉNDEZ ET AL., APPELLEES, v. MOREIRA, AP-PELLANT.—Unlawful detainer. Humacao. November 5, 1920. *Dismissed.*

No. 2071. PEOPLE, APPELLANT, v. GONZÁLEZ, APPELLEE.— Ejectment. Ponce. November 5, 1920. *Withdrawn.*

Nos. 185, 186, 187, 188, 189 and 190. IGLESIAS, PETITIONER, v. EXECUTIVE SECRETARY, RESPONDENT.—Mandamus. November 5, 1920. *Withdrawn.*

No. 307. MARTÍNEZ, PETITIONER, v. BERGA, DISTRICT JUDGE, RESPONDENT. — Certiorari. Aguadilla. November 8, 1920. *Denied.*

Nos. 1649 and 1650. PEOPLE, APPELLEE, v. RUIZ, APPEL-LANT.—Adulteration of milk. San Juan. November 8, 1920. *Withdrawn.*

No. 2312. SARIAGA, APPELLANT, v. WORKMEN'S RELIEF COMMISSION, APPELLEE. — Certiorari. Ponce. November 9, 1920. *Dismissed.*

No. 2324. TORREGROSA, APPELLEE, v. TORREGROSA, APPEL-LANT.—Divorce. Aguadilla. November 9, 1920. *Dismissed.*

No. 2309. ECHEVARRÍA ET AL., APPELLEES, v. LÓPEZ, APPEL-LANT.—Unlawful detainer. Aguadilla. November 9, 1920. *Dismissed.*

No. 1576. PEOPLE, APPELLEE, v. PICÓ, APPELLANT.—Viola-